HYMAN ROSSMAN, Respondent, *v.* HENSLE CONSTRUCTION COMPANY, Appellant.

*Rossman* v. *Hensle Construction Co.*, 162 App. Div. 909, affirmed. (Submitted January 21, 1916; decided February 4, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 9, 1914, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant in operating an elevator while plaintiff was working on or about the elevator shaft.

*Keyes Winter* for appellant.

*Bernard Breitbart, George F. Hickey* and *Charles Breitbart* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, HOGAN, SEABURY and POUND, JJ.